ALFRED A. EDWARDS, as Trustee in Bankruptcy of FORT COVINGTON CREAMERY COMPANY, INC., Respondent, v. WILLIAM N. MACARTNEY and Others, Doing Business under the Firm Name and Style of the FORT COVINGTON BANKING COMPANY, Appellants.— Motion denied.

J. KARL GAYLORD, as Administrator, etc., of CLARA M. GAYLORD, Deceased, Respondent, v. WALKER D. HINES, Director-General of RAILROADS, Successor in Office to WILLIAM G. MCADOO, Director-General of Railroads. NEW YORK, ONTARIO AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

WALKER D. HINES, Director-General of Railroads, Appellant, v. JOSEPH YANKLOWITZ, Respondent.— Judgment and order unanimously affirmed, with costs.

HELEN E. HENNESSY, an Infant, by ELIZABETH F. HENNESSY, Her Guardian ad Litem, Respondent, v. WALTER STROUP, Appellant.— Judgment and order unanimously affirmed, with costs.

SILAS KOONTZ, Respondent, v. DUANESBURG WATER COMPANY, Appellant. — Order unanimously affirmed, with ten dollars costs and disbursements.

EDWARD J. LANCE, Respondent, v. C. E. MILTON EDWARDS, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by MIKE SKIBICKI, Appellant, v. J. P. DEVINE COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Respondents. — Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ISADORE PALLEY, Respondent, for Compensation under the Workmen's Compensation Law, v. THE MENDLESON CORPORATION, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by PERFETTI COSMO, Respondent, on Behalf of Herself and Son, under the Workmen's Compensation Law, for the Death of PHILIP COSMO, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARY HARTMAN and Others, Respondents, v. T. A. HENNESSY, INC., Employer, and NEW AMSTERDAM CASUALTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LINA E. LANDAU, Respondent, for Compensation for Herself and for Her Daughter, ELLA LANDAU, under the Workmen's Compensation Law, for the Death of HERMAN LANDAU, v. HEYMAN EMBOSSING COMPANY and MARYLAND CASUALTY COMPANY, Appellants.—Award reversed, on the authority of *Vassilakis* v. *Fairfax Hotel Co., Inc.* [193 App. Div. 829], decided herewith, and matter remitted to the Commission. All concur, except John M. Kellogg, P. J., dissenting.